IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **EVA MITCHELL,** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 22-CV-00195-ADA |
| **BAYLOR UNIVERSITY.** | § § § | |
| **Defendant.** | § § § | |

## NOTICE OF AGREED EXTENSION OF TIME TO FILE ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant **BAYLOR UNIVERSITY** ("Defendant") in the above-styled and numbered cause, hereby notifies the Court that the parties have agreed to extend Defendant's deadline to file an Original Answer to Plaintiff's Complaint by two weeks, so that Defendant's deadline to file an Original Answer is 5:00pm on September 6, 2022.

Respectfully submitted,

**WATSON, CARAWAY,
MIDKIFF & LUNINGHAM, LLP**

  */s/ David Luningham*
David Luningham
State Bar No. 12698850
dluningham@watsoncaraway.com
Ryan Trammell
State Bar No. 24085877
rtrammell@watsoncaraway.com
The Fort Worth Club Building
306 W. 7th Street, Suite 200
Fort Worth, Texas 76102
817/870-1717
817/338-4842 (FAX)
**ATTORNEYS FOR DEFENDANT
BAYLOR UNIVERSITY**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 16th day of August, 2022, that a true and correct copy of the foregoing document was served via e-filing on all parties in accordance with the Federal Rules of Civil Procedure.

  /s/ *David Luningham*
David Luningham