IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

EVA MITCHELL,

       Plaintiff,                        Case No.:  22-CV-00195-ADA

v.

BAYLOR UNIVERSITY,

       Defendant

## NOTICE OF RULE 26 INITIAL DISCLOSURES

Plaintiff, Eva Mitchell, hereby files this notice to certify to the Court that Plaintiff served her Rule 26(a)(1) Initial disclosures by E-mail and UPS on December 1, 2022 to counsel for Defendant, Baylor University.

Respectfully submitted,

By: /s/ *Robert Stem, Jr.*
     Robert Stem, Jr.
     State Bar No. 24068667
     robert@rstemlaw.com
     801 Washington Avenue, Suite 300
     Waco, TX  76701
     (254) 776-0554—phone
     (254) 442-7937—fax

**GOLDBERG, PERSKY & WHITE, P.C.**

By: /s/ *Jason E. Luckasevic*
     Jason E. Luckasevic, Esquire
     PA ID No. 85557
     jluckasevic@gpwlaw.com
     11 Stanwix Street, Suite 1800
     Pittsburgh, PA  15222
     (412) 471-3980

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was furnished to all counsel of record on this 1st day of by UPS overnight mail and e-mail:

David S. Luningham, Esquire
dluningham@watsoncaraway.com
Ryan Trammell, Esquire
rtrammell@watsoncaraway.com
Watson, Caraway, Midkiff & Luningham, LLP
The Forth Worth Club
306 W. 7th Street, Suite 200
Fort Worth, TX  76102

                               By:    ***/s/ Jason E. Luckasevic***
                                             Jason E. Luckasevic, Esquire