## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **EVA MITCHELL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 22-CV-00195-ADA** |
| | § | |
| **BAYLOR UNIVERSITY.** | § | |
| | § | |
| **Defendant.** | § | |

## MOTION TO WITHDRAW AS COUNSEL FOR DAVID LUNINGHAM, RYAN TRAMMELL, AND WATSON, CARAWAY, MIDKIFF & LUNINGHAM AND BAYLOR UNIVERSITY'S MOTION TO DESIGNATE TORI LEVINE AS LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Baylor University, Defendant in the above-styled and numbered cause, and files this Motion to Withdraw and Motion to Designate Tori Levine as Lead Counsel, and, in support thereof, would respectfully show this Honorable Court as follows:

### I.

David Luningham, lead counsel, and Ryan Trammell of the law office of Watson, Caraway, Midkiff & Luningham, L.L.P., are currently designated as the attorneys of record for Defendant Baylor University. Counsel respectfully moves the Court to allow the withdrawal of David Luningham and Ryan Trammell as Defendant's attorneys of record, and to substitute in their place Tori S. Levine as lead counsel, and David J. Duke and Katherine M. Handy of the law firm of Bowman and Brooke LLP, as attorneys of record for Defendant Baylor University in the above-styled and numbered cause.

**II.**

Tori S. Levine and Katherine M. Handy's address is Bowman and Brooke LLP, 5850 Granite Parkway, Suite 900, Plano, Texas 75024; their telephone number is 972-616-1700; their facsimile number is 972-616-1701; Tori S. Levine's State Bar Identification Number is 18690500; and Katherine M. Handy's State Bar Identification Number is 24097792. David J. Duke's address is Bowman and Brooke LLP, 2901 Via Fortuna Drive, Suite 500, Austin Texas 78746; his telephone number is 512-874-3828; his facsimile number is 512-874-3801; and his State Bar Identification Number is 00795983.

**III.**

Plaintiff does not oppose this substitution. The withdrawal of David Luningham and Ryan Trammell, of the law office of Watson, Caraway, Midkiff & Luningham, L.L.P., as attorneys of record for Defendant is not sought for delay only.

WHEREFORE, PREMISES CONSIDERED, Defendant Baylor University prays that this motion be in all things granted; that David Luningham and Ryan Trammell of the law office of Watson, Caraway, Midkiff & Luningham, L.L.P., be withdrawn and that Tori S. Levine, David J. Duke and Katherine M. Handy of the law firm of Bowman and Brooke LLP be substituted in their place as attorneys of record for Defendant.

Respectfully submitted,

**WATSON, CARAWAY,**
**MIDKIFF & LUNINGHAM, LLP**

   _/s/ David Luningham_
**DAVID LUNINGHAM**
State Bar No. 12698850
dluningham@watsoncaraway.com
**RYAN TRAMMELL**
State Bar No. 24085877
rtrammell@watsoncaraway.com
The Fort Worth Club Building
306 W. 7th Street, Suite 200
Fort Worth, Texas 76102
817/870-1717
817/338-4842 (fax)
**ATTORNEYS FOR DEFENDANT**
**BAYLOR UNIVERSITY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 6th day of January, 2023, that a true and correct copy of the foregoing document was served via e-mail on all parties in accordance with the Federal Rules of Civil Procedure.

   _/s/ David Luningham_
**DAVID LUNINGHAM**