IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EVA MITCHELL | § § § | |
| Plaintiff, | § § | Case No. 22-CV-00195-ADA |
| v. | § § | |
| BAYLOR UNIVERSITY | § § | |
| Defendant. | § § | |

## **DEFENDANT BAYLOR UNIVERSITY'S CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises a Civil Action directed to UPMC Sports Medicine / Concussion Clinic has been served upon all counsel of record via e-mail on this 22nd day of February, 2023.

Robert Stem, Jr.
GOLDBERG, PERSKY & WHITE, P.C.
801 Washington Avenue, Suite 300
Waco, Texas 76701
robert@rstemlaw.com

***Attorneys for Plaintiff Eva Mitchell***

Jason E. Luckasevic
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
jluckasevic@gpwlaw.com

***Attorneys for Plaintiff Eva Mitchell***

Respectfully submitted,

By: */s/ Katherine Handy*
Tori S. Levine
State Bar No. 18690500
Tori.Levine@bowmanandbrooke.com
Katherine Handy
Texas Bar No. 24097792
Katherine.Handy@bowmanandbrooke.com
Bowman and Brooke LLP
5850 Granite Parkway, Suite 900
Plano, Texas 75024
Telephone: (972) 616-1700
Fax: (972) 616-1701

-and-

David J. Duke
State Bar No. 00795983
david.duke@bowmanandbrooke.com
Bowman and Brooke LLP
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
Telephone: (512) 874-3800
Fax: (512) 874-3801

**ATTORNEYS FOR DEFENDANT BAYLOR UNIVERSITY**