IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EVA MITCHELL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Case No. 22-CV-00195-ADA-DGT |
| | § | |
| BAYLOR UNIVERSITY, | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Katherine Michelle Handy n/k/a Katherine H. Pennetti hereby files this Notice of Withdrawal as Counsel for Baylor University in the above-captioned action. Ms. Pennetti is not the sole representative for Baylor University. Counsel Tori S. Levine, Courtney Kenisky, and David J. Duke will continue to serve as counsel for Baylor University.

Respectfully submitted,

*/s/     Katherine H. Pennetti*
**KATHERINE H. PENNETTI**
Texas State Bar No. 24097792
Katherine.Pennetti@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Telephone: (469) 484-6100
Telecopier: (469) 828-7217

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in accordance with the FED. R. CIV. P. on the 31 day of August 2023.

*/s/ Katherine H. Pennetti*
**KATHERINE H. PENNETTI**