IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EVA MITCHELL, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 22-CV-00195-ADA |
| BAYLOR UNIVERSITY. | § | |
| Defendant. | § | |

**ORDER**

On August 30, 2023, the Court conducted a Discovery Hearing via Zoom on Plaintiff's Motion to Compel certain discovery items from Baylor University. After reviewing the discovery chart submitted by Plaintiff's counsel on August 23, 2023, and after hearing arguments of counsel, the Court made the following rulings:

- Plaintiff's motion to compel the deposition of Mack Rhoades is DENIED without prejudice.

- Plaintiff's motion to compel employee personnel files of Kristen Bartiss, Paul Jobson, Chuck Codd, and Matt Smith is PENDING. The parties are ordered to meet and confer on scope of personnel files within seven (7) days of the signing of this Order.

- Plaintiff's motion to compel additional practice and game footage, including metadata and all other related information requested in Plaintiff's Second Set of Interrogatories, Interrogatory No. 3, and other written discovery requests on this topic is DENIED as moot.

- Plaintiff's motion to compel additional documents related to Baylor's reporting of Ms. Mitchell to the NCAA Catastrophic Insurance Program is DENIED as moot.

- Plaintiff's motion to compel additional practice plans is GRANTED in part and DENIED in part. Baylor is ordered to supplement its response to Plaintiff's Request for Production to clarify the time period the practice plans cover. If the parties disagree over the relevant time period at issue, they are ordered to meet and confer.

Signed this _____ 8yj " " _____ day of _____ Ugr vgo dgt _____, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

1