IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EVA MITCHELL | § § § | |
| Plaintiff, | § § | Case No. 22-CV-00195-ADA-DTG |
| v. | § § | |
| BAYLOR UNIVERSITY | § § | |
| Defendant. | § § | |

# **DEFENDANT'S CERTIFICATE OF SERVICE**

Defendant Baylor University, by and through undersigned counsel, hereby certifies that a true and correct copy of the following document was served upon all counsel of record via e-mail on **September 29, 2023**:

1. Defendant Baylor University's Objections and Responses to Plaintiff's Third Set of Interrogatories.

        Respectfully submitted,

By: */s/ Courtney Kenisky*
Tori S. Levine
State Bar No. 18690500
Tori.Levine@bowmanandbrooke.com
Courtney Kenisky
Texas Bar No. 24102003
Courtney.Kenisky@bowmanandbrooke.com
Bowman and Brooke LLP
5850 Granite Parkway, Suite 900
Plano, Texas 75024
Telephone: (972) 616-1700
Fax: (972) 616-1701

-and-

David J. Duke
State Bar No. 00795983
david.duke@bowmanandbrooke.com
Bowman and Brooke LLP
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
Telephone: (512) 874-3800
Fax: (512) 874-3801

**ATTORNEYS FOR DEFENDANT
BAYLOR UNIVERSITY**