UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EVA MITCHELL | § § | |
| vs. | § § | NO:  WA:22-CV-00195-ADA |
| BAYLOR UNIVERSITY | § | |

**ORDER SETTING DISCOVERY HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM on Wednesday November 08, 2023 at 02:30 PM (30 min time block) before the Honorable Derek T. Gilliland. Court will hear argument on the dispute chart emailed on November 6, 2023. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 7th day of November, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE