IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EVA MITCHELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAYLOR UNIVERSITY.<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　Case No. 22-CV-00195-ADA-DTG<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On November 8, 2023, the Court conducted a Discovery Hearing via Zoom on Plaintiff's Motion to Compel certain discovery items from Baylor University. After reviewing the discovery chart submitted by the parties and after hearing arguments of counsel, the Court made the following rulings:

- Plaintiff's motion to compel the deposition of Jayson Goodson is **GRANTED** in accordance with the agreement of the parties.
- Plaintiff's motion to compel the deposition of "Josh," former athletic trainer of Defendant, is **DENIED**.
- Plaintiff's motion to compel the deposition of Dr. Christopher Miars is **DENIED**.
- Plaintiff's motion to compel the depositions of Mike Sims and Dave Snyder is **GRANTED** and limited to two (2) hours per each witness but the parties are **ORDERED** to meet and confer about these depositions shortly after the December 6, 2023 deposition of Kenneth Boyd to (1) determine if such depositions are necessary, and (2) if so, schedule the depositions of both Mike Sims and Dave Snyder before fact discovery closing.
- Plaintiff's motion to compel the depositions of Dawn Rogers, Morgan Strehlow, and Paul Bradshaw are **DENIED**.
- Plaintiff's motion to compel access to Baylor's Spiideo system is **GRANTED, IN PART**, with the understanding that Defendant will facilitate Plaintiff's access to its Spiideo account for women's soccer for inspection for a two-hour block of time. Plaintiff and Defendant's counsel are **ORDERED** to meet and confer on a mutually agreeable date for this on site, in person inspection.
- The parties are further **ORDERED** to meet and confer concerning this Court's Scheduling Order involving deadlines for expert disclosures.

**SIGNED** this 29th day of November, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

1