UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

EVA MITCHELL          §
                     §
vs.                   §    NO:  WA:22-CV-00195-ADA-DTG
                     §
BAYLOR UNIVERSITY     §
                     §

**ORDER SETTING DISCOVERY HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM (re discovery dispute chart emailed on 1/19/24) on Wednesday, January 24, 2024 at 10:00 AM (30 min time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 23rd day of January, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE