UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EVA MITCHELL | § § | |
| vs. | § § | NO: WA:22-CV-00195-ADA-DTG |
| BAYLOR UNIVERSITY | § § | |

### ORDER RESETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for DISCOVERY HEARING VIA ZOOM (re discovery dispute chart emailed on 1/19/24) on Wednesday, January 31, 2024 at 10:00 AM (30 min time block) before the Honorable Derek T. Gilliland. The Zoom hearing link has already been provided to counsel.

SIGNED this 23rd day of January, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE