IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EVA MITCHELL § § Plaintiff, § § v. § § BAYLOR UNIVERSITY § § Defendant. § | Case No. 22-CV-00195-ADA-DTG |

### ORDER GRATING BAYLOR UNIVERSITY'S MOTION TO COMPEL

Before the Court is Defendant Baylor University's Motion to Compel documents from Third-Party Kwik Goal Ltd ("Kwik Goal"). The Court, having considered the dispute and arguments of counsel, hereby orders the following:

**It is ORDERED, ADJUDGED, AND DECREED** that Third-Party Kwik Goal Ltd. shall produce to all parties documents identifying all customers who purchased the Strike Attack soccer machine from Kwik Goal from 2017 to 2022. Kwik Goal shall provide responsive documents within seven (7) days of this Order being signed.

**IT IS SO ORDERED.**
**SIGNED** this 7th day of February, 2024.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

1